**Order filed February 11, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00732-CV**

_____

**HARRIS COUNTY, TEXAS AND KEVIN VAILES, Appellants**

**V.**

**BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED, AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-5551**

---

## ORDER

The court issued its opinion and judgment in this case on February 6, 2020. After the filing of timely motions for panel rehearing and en banc reconsideration, the court denied panel rehearing and denied en banc reconsideration, with four

justices dissenting, on September 17, 2020.

Appellant Kevin Vailes filed a petition for voluntary bankruptcy on October 16, 2020, in the United States Bankruptcy Court for the Southern District of Texas. We subsequently abated the appeal. *See* Tex. R. App. P. 8.2. The bankruptcy court lifted the bankruptcy stay regarding this case, and we reinstated the appeal on January 12, 2021.

During the bankruptcy abatement period, a justice's position on this court became vacant. The Governor appointed Randy Wilson, who was sworn as a justice on January 11, 2021.

On January 12, 2021, appellees filed a "Motion for En Banc Consideration of American Civil Liberties Union Foundation of Texas and Texas State Conference of NAACP Units *Amici* Brief Regarding Civil Rights Law." On January 13, 2021, appellees filed a "Notice of Disclosure of Grounds for Disqualification." In the latter document, appellees requested that Justice Wilson "remove himself from participating in the case or certify the matter to the entire Court to decide by a majority of the remaining Justices sitting en banc."

Before any further proceedings in this appeal, Justice Wilson determined he was not disqualified and chose to certify the matter to the remaining members of the en banc court. *See* Tex. R. App. P. 16.3(b); *Tesco American, Inc. v. Strong Indus., Inc.*, 221 S.W.3d 550, 552 (Tex. 2006). The justices, except for Justice Wilson, then deliberated and ruled on the "Notice of Disclosure of Grounds for Disqualification" as a motion to recuse, voting to deny it. Tex. R. App. P. 16.3. Accordingly, the motion to recuse is DENIED.

Appellees' "Motion for En Banc Consideration of American Civil Liberties Union Foundation of Texas and Texas State Conference of NAACP Units *Amici* Brief Regarding Civil Rights Law" constitutes a second motion for en banc

reconsideration. Such a motion, under the present circumstances, is not authorized by the rules, and we take no action on it. *See Mapco, Inc. v. Forrest*, 795 S.W.2d 700, 702 (Tex. 1990).

A justice of the court has sua sponte called for a vote to reconsider this case en banc. The justices of the court sitting en banc have voted, and there is no majority to reconsider the case.

/s/ Kevin Jewell
Kevin Jewell
Justice

En banc court consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Spain, Poissant, and Wilson. (Justice Hassan not participating).

Justices Bourliot, Zimmerer, Spain, and Poissant, sua sponte, voted to reconsider the case en banc.